**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00056-RBJ

DATA SCAPE LIMITED,

    Plaintiff,

v.

AMAZON.COM, INC., and
AMAZON DIGITAL SERVICES, LLC,

    Defendant(s).

_____

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**
_____

THIS MATTER comes before the Court on the Unopposed Motion of Defendants Amazon.com, Inc. and Amazon Digital Services, LLC for Extension of Time to Respond to Complaint.

Being fully advised, having reviewed the file, and finding good cause shown, the Court hereby GRANTS the Motion. Defendants' deadline to respond to the complaint is hereby extended up to and until April 12, 2019.

    Dated this ___ day of _____, 2019.

                                                               BY THE COURT

                                                               _____
                                                               R. Brooke Jackson
                                                               United States District Judge